## PERKINS v. CCH COMPUTAX, INC.

No. 185PA92

Case below: 106 N.C.App. 210

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 16 July 1992.

## STATE v. BAKER

No. 269P92

Case below: 106 N.C.App. 687

Petition by Attorney General for writ of supersedeas and temporary stay denied 23 July 1992.

## STATE v. BRAYBOY

No. 128P92

Case below: 105 N.C.App. 370

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 July 1992.

## STATE v. BUNCH

No. 215P92

Case below: 106 N.C.App. 128

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 July 1992.

## STATE v. LUNSFORD

No. 200P92

Case below: 106 N.C.App. 232

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 July 1992.